AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America<br>v.<br>__PASTOR FAUSTO PALAFOX__<br>*Defendant* | Case No. 2:16-cr-00265-GMN-CWH |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 07/03/2017 at 10:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __June 29, 2017__

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 29 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY