# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PASTOR PALAFOX,<br><br>Defendant. | Case No. 2:16-cr-00265-GMN-CWH<br><br>**ORDER** |

Presently before the court is defendant Pastor Palafox's ex parte motion for legal library access and contact visits (ECF No. 680), filed on July 17, 2018. The court declines to consider defendant's motion for legal access on an ex parte basis. Thus, the clerk of court must serve the government with defendant's motion. Given the nature of Palafox's request, the court requires the government to file its response within seven (7) days.

IT IS ORDERED that the clerk of court must serve defendant's motion (ECF No. 680) on the government.

IT IS FURTHER ORDERED that the government must file a response by August 27, 2018.

DATED: August 20, 2018

_____
C.W. HOFFMAN, JR
UNITED STATES MAGISTRATE JUDGE