BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
Fax: (702)974-4008
Co-counsel for Defendant Pastor Palafox

AMY JACKS, ESQ.
California Bar Number 155681
315 E. 8th Street #801
Los Angeles, California 90014
Telephone (213)489-9025
Facsimile (213)489-9027
Co-counsel for Defendant Pastor Palafox

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PASTOR PALAFOX,<br><br>Defendant. | CASE NO.: 2:16-cr-00265<br><br>**STIPULATION TO EXTEND DEFENDANT PASTOR PALAFOX'S PRETRIAL MOTION DEADLINE FOR THE PURPOSE OF FILING A MOTION TO SUPPRESS TITLE III WIRETAP EVIDENCE** |

Certification: This Motion is Timely Filed

Defendant, PASTOR PALAFOX by and through his counsel, BRET O. WHIPPLE, ESQ. of Justice Law Center, and AMY JACKS, ESQ., along with the United States, hereby enter the following Stipulation to Extend Time for the filing of Mr. Palafox's pre-trial Motion

1

to Suppress Title III Wiretap Evidence. Pursuant to this Court's Order entered on July 24, 2018 (ECF No. 689), the defendants have until August 13, 2018 to file pre-trial motions. The parties now agree that Mr. Palafox shall have up to and including September 13, 2018 to file a Motion to Suppress Title III Wiretap Evidence.

Although undersigned counsel has been actively working on said pre-trial motion, counsel has been unable to review all of the extensive discovery in this case, including thousands of documents and many hours of recorded phone calls and videos. Undersigned counsel is actively working on completing the above-referenced pre-trial motion on behalf of Mr. Palafox and does not anticipate further delays.

This request for an extension is made in good faith and not for the purpose of delay. Therefore, Palafox respectfully requests, and the government agrees, that the deadline to file the above-referenced motion be extended to September 13, 2018.

DATED this 13th day of August, 2018.

By: /s/ Bret O. Whipple, Esq.  
Justice Law Center  
1100 S 10th Street  
Las Vegas, NV 89104  
Co-counsel for Pastor Palafox

By: /s/ Cristina Silva  
Assistant United States Attorney  
501 Las Vegas Blvd South, Suite 100  
Las Vegas, NV 89101  
Attorney for the United States of America

**ORDER**

IT IS SO ORDERED.

___August 23, 2018_____  _____
DATED                                                                       UNITED STATES MAGISTRATE JUDGE

**CERTIFICATION OF SERVICE**

I hereby certify that on the 13th day of August, 2018, a true and correct copy of the foregoing DEFENDANT STIPULATION TO EXTEND PRE-TRIAL MOTION DEADLINE FOR MOTION TO SUPPRESS WIRETAP EVIDENCE was delivered via the electronic filing and service CM/ECF system.

____/S/  Tatum Wehr___
An Employee of Justice Law Center