Bret O. Whipple, Esq.
Nevada Bar No. 6168
**JUSTICE LAW CENTER**
1100 South Tenth Street
Las Vegas, Nevada 89104
Tel: (702) 731-0000
Fax: (702) 974-4008
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PASTOR PALAFOX, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:16-cr-00265 <br><br> **ORDER** |

Upon the Ex Parte Motion for Legal Library Access and Contact Visits with Pastor Palafox in Custody at Henderson Detention Center filed on behalf of above-named Defendant, by and through BRET WHIPPLE, ESQ, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshals shall coordinate with Henderson Detention Center to provide Defendant, PASTOR PALAFOX, reasonable access to the law library and legal materials, including but not limited to headphones, highlighters and notepads;

IT IS FURTHER ORDERED that the United States Marshalls shall coordinate with Henderson Detention Center to coordinate visits between Defendant, PASTOR PALAFOX, and his entire legal team which includes BRET O. WHIPPLE, ESQ, AMY E. JACKS, ESQ., TATUM WEHR (Paralegal) and BLAIR AND CHRISTINE ABBOTT (Investigators), individually or collectively. Henderson Detention Center shall ensure that during these visits the Defense team members and Defendant are in the same room and the ability to confidentially discuss the case is preserved.

//

IT IS FURTHER ORDERED that Defense team members shall be authorized to bring laptops, CD/ DVD, flash drives and hard drives to visits with PASTOR PALAFOX.

IT IS FURTHER ORDERED that the government's motion for leave to file a late response (ECF No. 1127) is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2018

Submitted by:

**JUSTICE LAW CENTER**

By _____
BRET WHIPPLE, ESQ.
Bar No. 6168
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000