BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
Fax: (702)974-4008
Co-counsel for Defendant Pastor Palafox

AMY JACKS, ESQ.
California Bar Number 155681
315 E. 8th Street #801
Los Angeles, California 90014
Telephone (213)489-9025
Facsimile (213)489-9027
Co-counsel for Defendant Pastor Palafox

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PASTOR PALAFOX,<br><br>Defendant. | CASE NO.: 2:16-cr-00265<br><br>**(SECOND) STIPULATION TO EXTEND DEFENDANT PASTOR PALAFOX'S PRETRIAL MOTION DEADLINE FOR THE PURPOSE OF FILING A MOTION TO SUPPRESS TITLE III WIRETAP EVIDENCE** |

Certification: This Motion is Timely Filed

Defendant, PASTOR PALAFOX by and through his counsel, BRET O. WHIPPLE, ESQ. of Justice Law Center, and AMY JACKS, ESQ., along with the United States, hereby enter the following Second Stipulation to Extend Time for the filing of Mr. Palafox's pre-trial

Motion to Suppress Title III Wiretap Evidence.

Pursuant to this Court's Order entered on July 24, 2018 (ECF No. 689), the defendants originally had until August 13, 2018 to file pre-trial motions. The parties stipulated and Court ordered Defendant Pastor Palafox's Motion to Suppress Title III Wiretap Evidence be extended to September 13, 2018.

After reviewing the discovery and applications for the wiretaps, Defense counsel became aware that the initial State Applications, including the relevant affidavits of supporting law enforcement agents, were not included in the government's discovery productions. On September 4, 2018, Defense counsel requested this documentation from the United States. On September 13, 2018, the United States responded and provided the affidavits. Based upon the need to review and incorporate these affidavits in Defendant Palafox's Motion to Suppress Title III Wiretap Evidence, the parties have agreed to continue the motion deadline to September 27, 2018. The Government's opposition shall be filed on or before October 11, 2018.

This request for an extension is made in good faith and not for the purpose of delay. Therefore, Palafox respectfully requests, and the government agrees, that the deadline to file the above-referenced motion be extended to September 27, 2018.

DATED this 13th day of September, 2018.

By: /s/ Bret O. Whipple_____  
Justice Law Center  
1100 S 10th Street  
Las Vegas, NV 89104  
Co-counsel for Pastor Palafo

By: /s/ Dan Schiess_____  
Assistant United States Attorney  
501 Las Vegas Blvd South, Suite 100  
Las Vegas, NV 89101  
Attorney for the United States of America

By: Amy E. Jacks _____
315 E. 8th Street #801
Los Angeles, California 90014
Co-counsel for Pastor Palafox

**ORDER**

IT IS SO ORDERED.

_September 20, 2018_____     _____
DATED                            UNITED STATES MAGISTRATE JUDGE

**CERTIFICATION OF SERVICE**

I hereby certify that on the 13th day of September, 2018, a true and correct copy of the foregoing SECOND STIPULATION TO EXTEND PRE-TRIAL MOTION DEADLINE FOR MOTION TO SUPPRESS WIRETAP EVIDENCE was delivered via the electronic filing and service CM/ECF system.

                                  ___/S/ Tatum Wehr___
                                  An Employee of Justice Law Center

**JUSTICE LAW CENTER**
Tel (702) 731-0000 Fax (702) 974-4008