BRET O. WHIPPLE, ESQ
Nevada Bar Number 6168
**JUSTICE LAW CENTER**
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
Fax: (702)974-4008
Co-counsel for Defendant Pastor Palafox

AMY JACKS, ESQ.
California Bar Number 155681
315 E. 8th Street #801
Los Angeles, California 90014
Telephone (213)489-9025
Facsimile (213)489-9027
Co-counsel for Defendant Pastor Palafox

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO.: 2:16-cr-00265 |
| Plaintiff, | |
| vs. | **STIPULATION TO COTNINUE REPLY DEADLINE AS TO ECF NO. 1339** |
| PASTOR PALAFOX, | |
| Defendant. | |

<u>Certification: This Motion is Timely Filed</u>

Defendant, PASTOR PALAFOX by and through his counsel, BRET O. WHIPPLE, ESQ. of Justice Law Center, and AMY JACKS, ESQ., along with the United States, hereby enter the following Stipulation to Extend Time for the filing of Mr. Palafox's Reply to the

1

Government's Response to Defendant Pastor Palafox's Motion to Suppress Evidence Obtained through Unlawful Wiretaps.

On September 27, 2018, Defendant Palafox filed, under seal, an 86-page Motion to Suppress Evidence Obtained through Unlawful Wiretaps (ECF No. 1198). On October 17, 2018, the Court approved a Stipulation between the Government and Defense that provided the Government until October 29, 2018 to file a response to the Motion to Suppress and provided the Defendants until November 13, 2018 to file a Reply to the Government's Response (ECF No. 1331).

On October 29, 2018, the Government filed, under seal, its Response to Palafox's Motion to Suppress Evidence obtained through Unlawful Wiretaps which was 55-pages long (ECF No.1339). Additional time is needed by the Defense to prepare the Reply to the Government's Response, therefore, the parties have agreed to continue the reply deadline to November 20, 2018.

This request for an extension is made in good faith and not for the purpose of delay. Therefore, Palafox respectfully requests, and the government agrees, that the deadline to file the above-referenced reply be extended to November 20, 2018.

DATED this 9th day of November, 2018.

By: /s/ Bret O. Whipple_____  
Justice Law Center  
1100 S 10th Street  
Las Vegas, NV 89104  
Co-counsel for Pastor Palafo

By: /s/ Dan Schiess_____  
Assistant United States Attorney  
501 Las Vegas Blvd South, Suite 100  
Las Vegas, NV 89101  
Attorney for the United States of America

By: Amy E. Jacks
315 E. 8th Street #801
Los Angeles, California 90014
Co-counsel for Pastor Palafox

**ORDER**

IT IS SO ORDERED.

November 13, 2018
DATED                                   UNITED STATES MAGISTRATE JUDGE

**CERTIFICATION OF SERVICE**

I hereby certify that on the 9th day of November, 2018, a true and correct copy of the foregoing STIPULATION TO EXTEND TIME TO FILE A REPLY TO THE GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED BY UNLAWFUL WIRETAPS was delivered via the electronic filing and service CM/ECF system.

/S/ Tatum Wehr
An Employee of Justice Law Center