NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
DAVID JAFFE
Chief
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
dan.schiess@usdoj.gov
christopher.burton4@usdoj.gov
john.han2@usdoj.gov
tracey.batson2@usdoj.gov

*Attorneys representing the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Pastor Palafox, et. al.,<br><br>Defendants. | 2:16-cr-00265-GMN-CWH<br><br>**Stipulation for Additional Time to Respond to Palafox's Objections to Magistrate's Order in ECF No. 1363** |

The United States and defendant Pastor Palafox stipulate that the Government will have until July 10, 2019, to respond to defendant Pastor Palafox's objections to the Magistrate Judge's Order Striking his Motion to Strike the Special Sentencing Factor alleged in Paragraph 9 of the Indictment. ECF No. 1363. The parties are negotiating a resolution to the underlying issue raised in the objections and expect to have that resolved within the next few days. The

1

anticipated resolution would obviate the need for the government to respond to the objections and the Court to rule on the Objections. The Government asks for additional three days to respond, if necessary.

Respectfully submitted this 8th day of July, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Daniel R. Schiess*

DANIEL R. SCHIESS
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorneys
Organized Crime and Gang Section

*/s/ Amy Elizabeth Jacks*
AMY ELIZABETH JACKS
*Counsel for Pastor F. Palafox*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Extension of Time to Respond, (ECF No. 1679), to Defendant Palafox's Objection is **GRANTED**.

**IT IS FURTHER ORDERED** that the Government shall have until July 10, 2019, to respond to Defendant Palafox's Objection, (ECF No. 1636).

**DATED** this  10  day of July, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**Certificate of Service**

I, Daniel R. Schiess, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and that on this day I served an electronic copy of the above **Stipulation Giving Government Additional Time to Respond to Palafox's Objections Raised in ECF No. 1363** on Counsel of Record via Electronic Case Filing (ECF).

Dated: July 8, 2019

                                                        /s/ *Daniel R. Schiess*
                                                        DANIEL R. SCHIESS
                                                        Assistant United States Attorney